United States District Court
CRIMINAL MINUTES - TRIAL

**Case No. 1:08-CR-39 SPM**  **Date: 8/3/09 - 8/6/09**

PROCEEDINGS: **JURY TRIAL**

PRESENT: HON. **STEPHAN MICKLE**, Presiding Judge

| TiAnn Stark | Christine Bordenave [USDC-Gainesville] | Greg McMahon |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst. U.S. Attorney |

Interpreter  **for language:**

U.S.A. v. (DEFENDANTS LISTED BELOW)        ATTORNEYS FOR DEFENDANTS

(1) **WILLIE DEWEY KEEN JR**
 X  present X  custody __bond __O/R

(1) **RANDY MURRELL**
 X  present X  appt. __ retained

(2) **JOHN DRIGGERS**
 X  present __ custody X bond X O/R

(2) **CLIFF DAVIS**
 X  present __ appt. X retained

(3) **ALTON JAMES LAND**
 X  present __ custody X bond X  O/R

(3) **LLOYD VIPPERMAN**
 X  present __ appt. X retained

_____ Case called and continued to _____.
_____ COURT TRIAL
  X   JURY TRIAL   The Jury impaneled and sworn.  List of jurors filed separately under seal.

See separate list for witnesses and exhibits
_____ Case continued to _____
  X   Motion for Judgment of Acquittal _____ Granted  X  Denied as to all Defendants
  X   Jury Retires to deliberate at 12:24 p.m.  on 8/6/09 .  Jury returns at 5:16 p.m.  on 8/6/09 .
_____ Ordered Jury to be taken to _____ ; _____ Be lodged for night.
_____ FINDINGS BY COURT
  X   JURY VERDICT.   See signed verdict as to each defendant.
        X  Jury Polled _____ Polling waived _____ Mistrial Declared
_____ Continued to _____ For _____ Setting _____ Trial _____ Further trial
  X   Referred to Probation Officer for I/R and continued to  November 9, 2009 at 1:30 p.m.  For Sentencing
  X   Ordered defendants  X Keen   Be taken into custody   X Land/Driggers   Remain on present Bond
_____ Probation report waived as to defendant _____

Initials of Deputy Clerk   TSS

# MINUTES

## Case No: 1:08-CR-39 SPM

| | |
|---|---|
| **USA** | Attorney: Greg McMahon |
| vs. | |
| **WILLIE DEWEY KEEN JR** | Attorney: Randy Murrell |
| **JOHN DRIGGERS** | Attorney: Cliff Davis |
| **ALTON JAMES LAND** | Attorney: Lloyd Vipperman |

**August 3, 2009**
**1st day of trial**

Judge Stephan P. Mickle
Court Reporter:   Christine Bordenave [USDC-Gainesville]
CDR:   TiAnn Stark
Law Clerk:   Keisha Stokes

**8:39 A.M** **Court called to order**

8:39 A.M.   Attorney Conference

**8:56 A.M.** **Recess**

**9:14 A.M.** **Court reconvenes**

9:17 A.M.   47 prospective jurors sworn **- Voir Dire begins**

10:15 A.M.   12 jurors and 2 alternates empaneled

**10:15 A.M.** **Recess**

**10:37 A.M.** **Court reconvenes**

10:37 A.M.   Housekeeping Matters

10:39 A.M.   Rule of Sequestration invoked

10:41 A.M.   Jury enters

10:42 A.M.   12 jurors and 2 alternates sworn

10:48 A.M.   Government's Opening Statements

11:06 A.M.   Defendant's Opening Statements (Vipperman)

11:24 A.M.   Defendant's Opening Statements (Davis)

11:37 A.M.   Defendant's Opening Statements (Murrell)

*11:45 A.M.*   *Government's Case Begins*

| | |
|---|---|
| 11:45 A.M. | Government's Witness, <u>JEFFREY THORNBURG</u>, sworn, direct |
| 11:57 A.M. | Bench Conference |
| 11:59 A.M. | Direct continues |
| 12:28 P.M. | Jury exits for lunch |
| **12:28 P.M.** | **Recess** |
| **12:34 P.M.** | **Court reconvenes** |
| 12:34 P.M. | Argument on Defendants' pending motions |
| **12:50 P.M.** | **Recess for lunch** |
| **1:30 P.M.** | **Court reconvenes** |
| 1:36 P.M. | Jury enters |
| 1:36 P.M. | Direct continues |
| 2:03 P.M. | Government's Exhibits 1-35 and 46a-b, marked |
| 2:05 P.M. | Voir dire as to Exhibits by Driggers (Davis) |
| 2:10 P.M. | Voir dire as to Exhibits by Keen (Murrell) |
| 2:11 P.M. | Government's Exhibits 1-35 and 46a-b, admitted - objections overruled |
| 2:19 P.M. | Bench Conference |
| 2:21 P.M. | Cross (Vipperman) |
| 3:01 P.M. | Cross (Davis) |
| 3:10 P.M. | Bench Conference |
| 3:11 P.M. | Cross continues (Davis) |
| 3:18 P.M. | Jury exits |
| 3:18 P.M. | Bench Conference |
| **3:18 P.M.** | **Recess** |
| **3:34 P.M.** | **Court reconvenes** |
| 3:35 P.M. | Jury enters |
| 3:35 P.M. | Cross (Murrell) |
| 3:36 P.M. | Defendant's Exhibits 1 and 2, marked and admitted |
| 4:19 P.M. | Bench Conference |

4:20 P.M.     Judge addresses jury

4:21 P.M.     Jury retires for the evening, to return at 8:15 A.M. on Tuesday, August 4, 2009

**4:21 P.M.     Court adjourned, to reconvene at 8:00 A.M. on Tuesday, August 4, 2009**

**August 4, 2009**
**2nd day of trial**

Judge Stephan P. Mickle
Court Reporter:     Christine Bordenave [USDC-Gainesville]
CDR:                TiAnn Stark
Law Clerk:          Keisha Stokes

**8:03 A.M     Court called to order**

8:03 A.M.     Housekeeping matters

**8:13 A.M.    Recess**

**8:32 A.M.    Court reconvenes**

8:33 A.M.     Jury enters

8:33 A.M.     Cross continues (Murrell)

8:39 A.M.     Redirect

8:44 A.M.     Government's Exhibits 47a-b, marked and admitted

9:18 A.M.     Government's Exhibits 48, marked and admitted

9:24 A.M.     Government's Exhibits 49, marked and admitted

9:28 A.M.     Government's Witness, <u>SEAN QUINN</u>, sworn, direct

10:32 A.M.    Jury exits

**10:32 A.M.   Recess**

**10:48 A.M.   Court reconvenes**

10:48 A.M.    Jury enters

10:49 A.M.    Direct continues

12:22 P.M.    Bench Conference

12:27 P.M.    Jury exits for lunch

**12:29 P.M.   Recess for lunch**
**1:30 P.M.    Court reconvenes**

| | |
|---|---|
| 1:34 P.M. | Jury enters |
| 1:34 P.M. | Direct continues |
| 3:14 P.M. | Bench Conference |
| 3:17 P.M. | Direct continues |
| 3:23 P.M. | Jury exits |
| **3:25 P.M.** | **Recess** |
| **3:47 P.M.** | **Court reconvenes** |
| 3:49 P.M. | Jury enters |
| 3:50 P.M. | Direct continues |
| 4:35 P.M. | Bench Conference |
| 4:38 P.M. | Jury retires for the evening, to return at 8:15 A.M. on Wednesday, August 5, 2009 |
| 4:39 P.M. | Housekeeping matters |
| **4:42 P.M.** | **Court adjourned, to reconvene at 8:00 A.M. on Wednesday, August 5, 2009** |

**August 5, 2009**
**3rd day of trial**

Judge Stephan P. Mickle
Court Reporter:   Christine Bordenave [USDC-Gainesville]
CDR:              TiAnn Stark
Law Clerk:        Keisha Stokes

| | |
|---|---|
| **8:00 A.M** | **Court called to order** |
| 8:00 A.M. | Housekeeping Matters |
| **8:15 A.M.** | **Recess** |
| **8:30 A.M.** | **Court reconvenes** |
| 8:31 A.M. | Jury enters |
| 8:32 A.M. | Cross (Vipperman) |
| 9:19 A.M. | Cross (Davis) |
| 9:41 A.M. | Defendant's Exhibit 3, marked |
| 9:50 A.M. | Defendant's Exhibit 3, admitted |

| | |
|---|---|
| 9:50 A.M. | Cross (Murrell) |
| 10:18 A.M. | Redirect |
| 10:37 A.M. | Jury exits |
| **10:37 A.M.** | **Recess** |
| **10:54 A.M.** | **Court reconvenes** |
| 10:54 A.M. | Jury enters |
| 10:55 A.M. | Redirect continues |
| 11:12 A.M. | Government's Witness, <u>JAMES VALENTINE</u>, sworn, direct |
| 11:18 A.M. | Cross (Vipperman) |
| 11:21 A.M. | Cross (Davis) |
| 11:26 A.M. | Cross (Murrell) |
| 11:27 A.M. | Redirect |
| 11:30 A.M. | Government's Witness, <u>STARLETT CANNON</u>, sworn, direct |
| 11:33 A.M. | Government's Exhibits 37 and 39, marked and admitted |
| 11:37 A.M. | Cross (Davis) |
| 11:41 A.M. | Redirect |
| 11:42 A.M. | Government's Witness, <u>DANA JOHNSON</u>, sworn, direct |
| 11:44 A.M. | Government's Exhibit 50, marked and admitted |
| 11:45 A.M. | Cross (Vipperman) |
| 11:47 A.M. | Cross (Murrell) |
| 11:48 A.M. | Redirect |
| 11:49 A.M. | Government's Exhibit 51, marked - not admitted, objection sustained |
| 11:49 A.M. | Bench Conference |
| 11:51 A.M. | Jury exits for lunch |
| 11:52 A.M. | Housekeeping matters |
| **11:55 A.M.** | **Recess for lunch** |

| | |
|---|---|
| **1:03 P.M.** | **Court reconvenes** |
| 1:03 P.M. | Jury enters |
| 1:05 P.M. | Government's Witness, <u>SHANE ROBB</u>, sworn, direct |
| 1:12 P.M. | Cross (Davis) |
| 1:13 P.M. | Government's Witness, <u>GARY ESTES</u>, sworn, direct |
| 1:22 P.M. | Cross (Vipperman) |
| 1:25 P.M. | Cross (Davis) |
| 1:30 P.M. | Cross (Murrell) |
| 1:32 P.M. | Redirect |
| 1:34 P.M. | Re-cross (Murrell) |
| 1:35 P.M. | Bench Conference |
| 1:38 P.M. | Government's Witness, <u>STEPHEN AMOS</u>, sworn, direct |
| 2:29 P.M. | Cross (Vipperman) |
| 2:33 P.M. | Cross (Davis) |
| 2:40 P.M. | Cross (Murrell) |
| 2:42 P.M. | Redirect |
| 2:47 P.M. | Re-cross (Vipperman) |
| 2:51 P.M. | Re-cross (Davis) |
| 2:52 P.M. | Bench Conference |
| 2:54 P.M. | Government's Witness, <u>JEFFREY THORNBURG</u>, previously sworn, direct |
| 2:57 P.M. | Jury exits |
| 2:58 P.M. | Defendant's Exhibit 4, marked |
| **2:59 P.M.** | **Recess** |
| **3:20 P.M.** | **Court reconvenes** |
| 3:21 P.M. | Bench Conference |
| 3:25 P.M. | Defendant's Exhibit 4, admitted |

| | |
|---|---|
| 3:25 P.M. | Jury enters |
| 3:25 P.M. | Stipulation published to the Jury |
| *3:26 P.M.* | *Government's Case Rests* |
| *3:26 P.M.* | *Defendants' Case Begins* |
| 3:27 P.M. | Defendant's (Davis) Witness, <u>JEFFREY THORNBURG</u>, previously sworn, direct |
| 3:46 P.M. | Direct continues (Murrell) |
| 3:47 P.M. | Cross |
| 3:58 P.M. | Redirect (Davis) |
| 4:00 P.M. | *Defendants' Case Rests* |
| 4:02 P.M. | Jury retires for the evening; to return at 8:15 A.M. on Thursday, August 6, 2009 |
| 4:03 P.M. | Argument on Defendant Land's Motions for Judgment of Acquittal |
| 4:09 P.M. | Arguments on Defendant Driggers' Motions for Judgment of Acquittal |
| 4:11 P.M. | Arguments on Defendant Keen's Motions for Judgment of Acquittal |
| 4:16 P.M. | Government's response |
| 4:18 P.M. | Defendant Keen's reply |
| 4:20 P.M. | Government's sur-reply and Government's Motion to Amend Indictment |
| 4:20 P.M. | Motions taken under advisement |
| 4:21 P.M. | Housekeeping matters |
| 4:30 P.M. | **Court adjourned, to reconvene at 8:00 A.M. on Thursday, August 6, 2009** |

**August 6, 2009**
**4th day of trial**

Judge Stephan P. Mickle
Court Reporter:     Christine Bordenave [USDC-Gainesville]
CDR:                TiAnn Stark
Law Clerk:          Keisha Stokes

| | |
|---|---|
| **8:00 A.M** | **Court called to order** |
| 8:00 A.M. | Housekeeping matters |
| **8:17 A.M.** | **Recess** |

| | |
|---|---|
| **8:39 A.M.** | **Court reconvenes** |
| 8:40 A.M. | Jury enters |
| 8:41 A.M. | Government's Closing Arguments |
| 9:19 A.M. | Defendant Land's Closing Arguments (Vipperman) |
| 10:07 A.M. | Jury exits |
| **10:08 A.M.** | **Recess** |
| **10:32 A.M.** | **Court reconvenes** |
| 10:32 A.M. | Housekeeping matters - Defendants' Motions for Judgment of Acquittal denied; Government's Motion to Amend Indictment granted |
| 10:36 A.M. | Jury enters |
| 10:37 A.M. | Defendant Drigger's Closing Arguments (Davis) |
| 11:06 A.M. | Defendant Keen's Closing Arguments (Murrell) |
| 11:41 A.M. | Government's Rebuttal |
| 12:02 P.M. | Jury instructions read; individual copies furnished to the jurors |
| 12:23 P.M. | 2 alternates thanked and excused by the Court |
| 12:24 P.M. | Jury retires to deliberate |
| 12:24 P.M. | Housekeeping Matters |
| **12:31 P.M.** | **Recess** |
| 2:10 P.M. | Judge notified jury has a question |
| **2:20 P.M.** | **Court reconvenes** |
| 2:20 P.M. | Question addressed with all parties present |
| **2:25 P.M.** | **Recess** |
| 3:22 P.M. | Conference in Chambers - all attorneys and court reporter present |
| 3:25 P.M. | Conference ends |
| 4:51 P.M. | Judge notified jury has a question |
| **4:56 P.M.** | **Court reconvenes** |
| 4:47 P.M. | Question addressed with all parties present |
| 4:59 P.M. | Jury enters |
| 5:01 P.M. | Jury exits |

| | | |
|---|---|---|
| **5:01 P.M.** | **Recess** | |
| 5:12 P.M. | Court advised verdict has been reached | |
| **5:16 P.M.** | **Court reconvenes** | |
| 5:16 P.M. | Jury enters | |
| 5:19 P.M. | Verdict published; jury polled | |
| 5:21 P.M. | Jury exits | |
| 5:21 P.M. | Verdicts accepted, sentencing set for November 9, 2009 at 1:30 p.m. - Defendant Keen remanded to the custody of the US Marshal Defendants Land and Driggers to continue on bond under same terms and conditions | |
| **5:23 P.M.** | **Court Adjourned** | |