# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                CASE NO.: 1:08-CR-39-SPM/AK-1

WILLIE DEWEY KEEN, JR.,

    Defendant
_____/

## JUDGMENT OF ACQUITTAL

THIS CAUSE comes before the Court upon reconsideration of the Defendant's Oral Motion for Judgment of Acquittal, which was initially denied at trial. In this motion, the Defendant requests that he be acquitted as to Count 6 of the indictment, which alleged that the Defendant made a false statement to a Government agent on or about August 28, 2008, as the Government had failed to present any evidence that the Defendant in fact made a false statement on said date. At trial, the Government stated that evidence was presented during trial that the Defendant had made a false statement to a Government agent on August 28, 2006, via a phone call between the Defendant and Agent Thornburg of the Federal Bureau of Investigation, and that the variance in dates reflected in Count 6 of the Indictment was merely the result of a scrivener's error. Having initially denied the Defendant's motion, the date reflected in Count 6 of the indictment was changed to August 28, 2006, per the Government's request, and presented to the jury for deliberation, which returned a verdict of guilty as to Count 6. However, having reviewed excerpts of the testimony presented to the Grand Jury which

were attached to the Defendant's Motion to Dismiss (doc. 96), such excerpts revealing that Agent Thornburg was examined and testified before the Grand Jury in regards to an interview involving both he and Agent Amos of the Federal Bureau of Investigation and the Defendant on August 28, 2008, the Court requested that the Government provide the Court with any and all evidence presented to the Grand Jury regarding the telephone conversation between Agent Thornburg and Defendant Keen on August 28, 2006, and to provide the Court with information regarding Agent Thornburg's and Agent Amos's interview of Defendant Keen on August 28, 2008.

In its response (doc. 111), the Government provides no Grand Jury testimony of Agent Thornburg referencing the phone conversation between Agent Thornburg and the Defendant on August 28, 2006, and states that it was an error in the questions, which referenced August 28, 2008, instead of August 28, 2006, which misled Agent Thornburg into testifying before the Grand Jury that the Defendant lied on August 28, 2008. However, having reviewed the Grand Jury testimony submitted to the Court by the Defendant, it appears that Agent Thornburg was referencing a separate incident involving the Defendant in August of 2008, and that this incident formed the basis of Count 6 of the Indictment. Specifically, during Agent Thornburg's questioning, the Government's Attorney stated:

> Q: The issue is on August 28, 2008, which was a date after the grand jury met last . . .

Additionally, Agent Thornburg stated that the interview involved both he and Agent Amos, as well as the Defendant; whereas, the telephone conversation on August 28, 2006, included only Agent Thornburg and the Defendant.

Pursuant to the Federal Rules of Criminal Procedure, "the court on the defendant's motion must enter a judgment of acquittal of any offense for which the evidence is insufficient to sustain a conviction." Fed. R. Crim. P. 29(a). The Court may reserve decision on the Motion until after the jury has returned a verdict. Fed. R. Crim. P. 29(b). As it appears from the weight of the evidence that the Defendant was indicted for making a false statement to a Government agent on August 28, 2008, and as the Government failed to present any evidence at trial that the Defendant committed such act on said date, IT IS ORDERED AND ADJUDGED as follows:

1. The Defendant is acquitted and discharged as to Count 6.

2. The Defendant's Motion to Dismiss (doc. 96) is denied.

3. The Defendant's Motion to Disclose Grand Jury Testimony (doc. 110) is denied as moot.

DONE AND ORDERED this <u>twenty-eighth</u> day of August, 2009.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge