**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                    Case No.:1:08-cr-39-SPM/AK-1

WILLIE DEWEY KEEN, JR.,

                    Defendant.
_____/

## ORDER

This cause comes before the Court on the Defendant's Motion

Requesting Disclosure of Guideline Calculations of His Co-Defendants (doc.

136) and the Government's response in opposition (doc. 137). The Court finds

that the Defendant has no compelling need for this information in preparation for

his sentencing. Upon consideration,

it is hereby **ORDERED AND ADJUDGED** as follows:

1.      The Defendant's motion (doc. 136) is hereby *denied*.

**DONE AND ORDERED** this <u>ninth</u> day of November, 2009.

_s/ Stephan P. Mickle_

Stephan P. Mickle
Chief United States District Judge