UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                  CASE NO.: 1:08-CR-39-SPM-AK-1

WILLIE DEWEY KEEN, JR.,

    Defendant.
_____/

## ORDER

**THIS CAUSE** comes before the Court upon the Defendant's Unopposed Motion to Unseal Document Number 96 of the Case Docket (doc. 232). Upon consideration, it is hereby **ORDERED AND ADJUDGED** that the Defendant's Motion is **GRANTED.**

**DONE AND ORDERED** this <u>nineteenth</u> day of July, 2010.

                         *s/ Stephan P. Mickle*
                         Stephan P. Mickle
                         Chief United States District Judge